IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| Renata R. Brown, | Civil Action No. 0:16-cv-746-CMC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 24. In her petition, Plaintiff seeks an award of attorney's fees in the amount of $4,398.63 and expenses of $16.00, representing 22.85 attorney hours at the rate of $192.50 per hour.

The Commissioner filed a response indicating that she does not oppose payment of $4,398.63 in attorney's fees and $16.00 in expenses to Plaintiff. ECF No. 25. Accordingly, the court finds this amount reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $4,398.63 in attorney's fees and $16.00 in expenses, payable directly to Plaintiff.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
August 30, 2017